IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**GABRIEL GONZALEZ,**  **PLAINTIFF**
**REG. #30515-112**

**v.**            **CASE NO. 2:18-CV-00121 BSM**

**GENE BEASLEY, et al.**            **DEFENDANTS**

## JUDGMENT

Consistent with the order and judgment entered in the companion case [2:18-CV-00091, Doc. Nos. 61, 62] on May 8, 2019, this case is dismissed.

IT IS SO ORDERED this 31st day of July 2019.

_____
UNITED STATES DISTRICT JUDGE